**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

LEONARDO LOPEZ, et al.,

    Plaintiffs,

vs.                                        CASE NO. 8:12-CIV-286-T-EAK-EAJ

QUEEN'S PIZZA, INC., et al.,

    Defendants.

_____/

**ORDER**

    This cause is before the Court on the plaintiffs' motion to strike motion for partial summary judgment (Doc. 56), the response thereto (74), the defendants' motion to amend case management and scheduling order for filing dispositive motions (Doc. 58), and the response thereto (Doc. 75).  The plaintiffs' motion seek to deprive the defendants' of their opportunity to file their dispositive motion because it was filed one day late. Instead of Monday, January 21, 2013, a Federal holiday, the motion was filed on Tuesday, January 22, 2013, and the defendants oppose the motion.  In response, the defendants ask the Court to amend the previously set deadline to allow the filing of their motion, due to the plaintiffs' having withheld documents and discovery responses until right before the January 21st deadline.

The Court first notes that the parties submitted almost eighty pages of documents between the two motions and the two responses to address an issue that should have been able to be resolved by the common courtesy that should prevail between counsel and parties. The counsel have to represent their parties but civility is also required. The Court finds the argument for striking the motion to be unpersuasive and, further, finds that fairness dictates that both parties motions for summary judgment should be addressed. Accordingly, it is

**ORDERED** that plaintiffs' motion to strike motion for partial summary judgment (Doc. 56) be **denied** and the defendants' motion to amend case management and scheduling order for filing dispositive motions (Doc. 58) be **granted** to allow a one day extension of time for the filing of dispositive motions.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 19th day of March, 2013.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record